UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

IRVING G. MURRAY,

        *Plaintiff*,

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*,

        *Defendants*.

Civil Action No. 15-48

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Defendants' Motions for Summary Judgment, Docket Nos. 71 and 75, are **GRANTED**.

(3) Defendant Ronald Bryan is **DISMISSED** from this action pursuant to Rule 4(m).

(4) This case is **CLOSED**.

(5) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 12th day of January, 2017.

*[signature]*
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE